UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY BUTLER,

                Plaintiff,

    v.

BASEM ELSAYED, WALMART, INC.,

                Defendants.

CASE NO. 2:18-cv-00650-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

       Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

       The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Chief District Judge Ricardo S. Martinez.

       DATED this 16th day of May, 2018.

                              _____
                              BRIAN A. TSUCHIDA
                              Chief United States Magistrate Judge