# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TERRY BUTLER,<br><br>        Plaintiff,<br><br>     v.<br><br>BASEM ELSAYED, *et al.*,<br><br>        Defendants. | Case No. C18-0650RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT |

THIS MATTER comes before the Court on Plaintiff's Motion For Leave to File Second Amended Complaint. Dkt. #7. Plaintiff seeks to add an additional Defendant to the Complaint. *Id.* Defendants have not yet appeared in this action, as it was only recently filed.

Federal Rule of Civil Procedure 15(a) governs the amendment of pleadings. Under Rule 15(a)(2), leave to amend should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). The Ninth Circuit has held that leave to amend should be granted with "extreme liberality." *DCD Programs, LTD. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987). The Court must consider whether the proposed amendment (1) would be futile, (2) is the product of undue delay, (3) would prejudice the non-moving party, and (4) was brought in bad faith. *Id.* (stating all four factors). Having reviewed Plaintiff's motion and the early nature of these proceedings, the Court will allow Plaintiff's filing of a Second Amended Complaint.

Accordingly, Plaintiff's Motion to Amend (Dkt. #7) is GRANTED. The Clerk SHALL FILE Plaintiff's Second Amended Complaint, which is attached to his motion.

ORDER
PAGE - 1

DATED this 26th day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2